FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUL 07 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

In re LAKARAM DAS

ORDER
14-CV-1769 (SJF)

------------------------------------------------X

FEUERSTEIN, District Judge:

By Order dated July 1, 2014, the undersigned dismissed this action with prejudice based on Lakaram Das' failure to show cause why the case should not be dismissed. DE 8. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962).

Dated: July 7, 2014
Central Islip, New York

s/ Sandra J. Feuerstein
_____
Sandra J. Feuerstein, U.S.D.J.